TAMAYO NAVAS, INC., demandante y peticionaria, *v.* ANGEL LUIS RIVERA, demandado y recurrido.

*Número:* O-75-552     *Resuelto:* 2 de febrero de 1976

*Ramos & Riera,* abogados de la peticionaria; *José Raúl López de Victoria Blas,* abogado del recurrido.

SENTENCIA

El pasado 24 de diciembre de 1975 expedimos la siguiente orden sobre mostración de causa:

"Apareciendo del expediente y documentos anejos que el tribunal de instancia erróneamente consideró como instrumento de trabajo no sujeto a embargo el automóvil perteneciente al recurrido Angel Luis Rivera, quien se dedica a la práctica de la medicina y no a la transportación de pasajeros mediante paga, se concede un término de 10 días al recurrido para que muestre causa por la cual no debemos expedir el auto, y una vez expedido revocar la resolución recurrida."

Aun cuando el recurrido ha comparecido fuera de término, hemos considerado sus argumentos y no nos convencen.

Se expide el auto, se revoca la resolución recurrida y se devuelve el caso para que se continúen los procedimientos.

Así lo pronunció y manda el Tribunal y certifica el Secretario. El Juez Asociado Señor Díaz Cruz, disiente en voto separado.

(Fdo.) Angel G. Hermida
*Secretario*

—O—

Voto disidente del Juez Asociado Señor Díaz Cruz.

San Juan, Puerto Rico, a 2 de febrero de 1976

Disiento por hallarse todavía en vigor en su texto inglés el inciso 6, Art. 249 del Código de Enjuiciamiento Civil (32 Laws of Puerto Rico Annotated, section 1130, paragraph 6) que motivó nuestra decisión en *Quiñones* v. *Gutiérrez et al.*, 29 D.P.R. 772 (1921), intocado por nuestra Asamblea Legislativa a pesar de que subsiguientemente ha introducido enmiendas a dicho artículo relativas a vehículos de motor.